CLOSED

# United States District Court
# District of Nevada (Las Vegas)
# CIVIL DOCKET FOR CASE #: 2:05-cv-00873-BES-GWF
# Internal Use Only

MIKE EMKE v. COMPANA, LLC, et al.
Assigned to: Judge Brian E. Sandoval
Referred to: Magistrate Judge George W Foley, Jr
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 07/19/2005
Jury Demand: None
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Mike Emke**     represented by **Daniel F. Polsenberg**
.Beckley Singleton, Chtd.
530 Las Vegas Blvd. South
Las Vegas, NV 89101-
702-385-3373
Fax: 702-474-2637
Email: mhollifield@beckleylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric C. Grimm**
* Warning - no current address on file - prepare a Bar Attor
.
., NO 00000
000-000-0000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ike L Epstein**
Beckley Singleton, Chtd.
530 Las Vegas Blvd. South
Las Vegas, NV 89101-
Email: ecf@beckleylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



3-06CV 1416L

RECEIVED
AUG 8 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

V.

**Defendant**

**Jeff Barron**     represented by **W. West Allen**
Lewis & Roca, LLP

>
> 3993 Howard Hughes Pkwy.
> Suite 600
> Las Vegas, NV 89109-
> Email: wallen@lrlaw.com
> *LEAD ATTORNEY*
> *ATTORNEY TO BE NOTICED*

**Defendant**

Compana, LLC                    represented by    W. West Allen
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

Secura, GmbH

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2005 | 1 | COMPLAINT by Plf. (Entered: 07/21/2005) |
| 07/19/2005 |  | SUMMONS ISSUED (3) as to Dfts. (Entered: 07/21/2005) |
| 07/20/2005 | 3 | AMENDED COMPLAINT by Plf. (Entered: 07/25/2005) |
| 07/21/2005 | 2 | MISCELLANEOUS DOCUMENT by Clerk to Director of Patent/Trademark w/copy of complaint. (Entered: 07/21/2005) |
| 07/25/2005 |  | MISCELLANEOUS DOCUMENT Desig/vp by Plf. (JCM) (Entered: 07/25/2005) |
| 07/27/2005 | 5 | DESIGNATION OF LOCAL COUNSEL by Plf of atty Ike Epstein for atty Eric Grimm. (cps dist) (Entered: 08/22/2005) |
| 07/27/2005 | 6 | VERIFIED PETITION FOR PERMISSION TO PRACTICE PRO HAC VICE by Plf of atty Eric Grimm. (cps dist) (Entered: 08/22/2005) |
| 08/12/2005 | 4 | ORDER that action is reasgn to GWF for all further proceedings as mag judge. (cps dist) (Entered: 08/16/2005) |
| 10/04/2005 | 7 | WAIVER OF SERVICE EXECUTED by Dft Barron on 10/4/05. (Entered: 10/05/2005) |
| 10/04/2005 | 8 | WAIVER OF SERVICE EXECUTED by Dft Compana on 10/4/05. (Entered: 10/05/2005) |
| 10/07/2005 | 9 | MOTION TO DISMISS by Dfts Compana and Baron to dism/transfer. (s) (FILED SEPARATELY)DISPO: ext #12 (Entered: 10/13/2005) |
| 10/07/2005 | 10 | CERTIFICATE OF INTERESTED PARTIES by Dfts Compana and Baron. (s) (Entered: 10/13/2005) |

| 10/13/2005 | 11 | STATEMENT by Dfts Compana and Baron. (s) (Entered: 10/13/2005) |
|---|---|---|
| 10/28/2005 | 12 | ORDER ON STIPULATION Pltfs oppo to mtn to dism or ita to transfer is ext to 11/7/05. (cps dist) (Entered: 10/31/2005) |
| 11/08/2005 | 13 | RESPONSE to 9 motion to dismiss; filed by Plaintiff Mike Emke. Replies due by 11/22/2005. (MAJ, ) (Entered: 11/10/2005) |
| 11/29/2005 | 14 | ORDER REASSIGNING CASE. Case reassigned to Judge Brian E. Sandoval for all further proceedings. Judge James C. Mahan no longer assigned to case. Signed by Judge Philip M. Pro on 11/29/5. (LG, ) (Entered: 11/29/2005) |
| 12/07/2005 | 15 | REPLY to Response to 9 Motion to Dismiss; filed by Defendants Jeff Barron, Compana, LLC. (AXM, ) (Entered: 12/07/2005) |
| 02/16/2006 | | **NON-PUBLIC** Motions terminated: APPROVED-6 Verified Petition for Permission to Practice Pro Hac Vice filed by Mike Emke,. (BLG) (Entered: 02/16/2006) |
| 08/02/2006 | 16 | ORDER granting in part and denying in part 9 Motion to Dismiss. Granted transfer, deny motion to dismiss. Signed by Judge Brian E. Sandoval on 8/1/06. (AXM) (Entered: 08/02/2006) |
| 08/02/2006 | 17 | TRANSMITTAL of case to Northern District of Texas by 16 Order on Motion to Dismiss/Transfer. (AXM)sent (Entered: 08/02/2006) |
| 08/02/2006 | | **NON-PUBLIC** Civil Case Terminated. (AXM) (Entered: 08/02/2006) |