IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MIKE EMKE** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 3:06-cv-01416 |
| § | |
| **COMPANA LLC,** *et al.* § | |
| § | |
| *Defendant,* § | |

### DEFENDANT'S FIRST AMENDED EXHIBIT LIST

**COMES NOW,** Defendant Compana LLC by and through its attorney, Daniel G. Altman, and hereby files this First Amended Exhibit List and for such would respectfully show as follows:

| No. | Description | Offered | Admitted | Excluded |
|---|---|---|---|---|
| 1 | Records Deposition of Network Solutions, Herndon, VA, taken December 20, 2006; 1250 pages. | | X | |
| 2 | Letter to Compana from Herring, January 20, 2003. | | X | |
| 3 | Letter to Network Solutions from Herring, January 20, 2003 | | X | |
| 4 | Verisign to Emke email dated October 10, 2002, | | X | |
| 5 | Verisign Solicitation | | X | |
| 6 | Archived webpages for <servers.com> held by iDomain, Houston, Texas | | X | |
| 7 | ICANN Registrar Accreditation Agreement | | X | |
| 8 | ICANN Uniform Domain Name Dispute Resolution Policy | | X | |
| 9 | Current webpage at <servers.com> (06.22.09) | | X | |
| 10 | Email from Grimm to Baron (8.21.2003) | | | |
| 11 | Archived webpages for <servers.com> held by iDomain, Houston, Texas | | | |
| 12 | Current WHO IS for <servers.com> | | | |
| 13 | Registration Agreement for BudgetNames | | | |

### STATEMENT REGARDING EXHIBITS

Compana's Exhibits 1-9 were stipulated to and adopted by Plaintiff's counsel as admissible at the pre-trial hearing and are being submitted as Joint Exhibits 1-9. On June 27, 2009, Compana's counsel sent Compana's Exhibits 10-11 for review and conference regarding any stipulation or objection to their admissibility. On July 2, 2009, a follow-up message was sent, but no clear response indicating whether Exhibits 10-13 are objected or stipulated to was received from Emke's counsel.

Respectfully submitted,

SHRULL ALTMAN LLP


*/s/ Daniel G. Altman*
**Daniel G. Altman**
Texas Bar No. 00793255
1701 River Run, Suite 1116
Fort Worth, Texas 76107
(817) 336-3925
(817) 336-2124 (FAX)
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon the following by ECF and email on this 6th day of July 2009:

Mike Emke
1795 Rohnerville Rd.
Fortuna, CA 95540
mike@emke.com

Conrad Herring
3525 Del Mar Heights Rd., No. 305
San Diego, CA 92130
conrad@conradherring.com


*/s/ Daniel G. Altman*
**Daniel G. Altman**