IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MIKE EMKE,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:06-CV-01416-O |
| | § | ECF |
| **COMPANA LLC,** *et al.* | § § § | |
| Defendants. | § | |

## ORDER

On July 6, 2009, the parties notified the Court that they have settled all claims and causes of action asserted in this cases. In open court, Plaintiff moved to dismiss this case with prejudice and Defendant had no objection to this request. After considering Plaintiff's motion pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court **GRANTED** Plaintiff's motion.

IT IS THEREFORE ORDERED that the claims and causes of action asserted in this case are hereby **DISMISSED with prejudice**.

**SO ORDERED** on this **6**[th] day of **July, 2009**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**